IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN T. KUTZER, ) | No. C 05-3212 MMC (PR) |
| Petitioner, ) | **ORDER DENYING MOTION FOR DEFAULT JUDGMENT** |
| v. ) | |
| ROSEANNE CAMPBELL, ) | (Docket Nos. 16 & 17) |
| Respondent. ) | |

On November 14, 2006, petitioner, a California prisoner proceeding pro se, filed a motion for default judgment. Petitioner claims he is entitled to default on the grounds that respondent did not file a timely response to the September 7, 2006 Order to Show Cause. The Court has already found good cause to extend respondent's deadline for such a response to December 8, 2006.

Accordingly, plaintiff's motion for a default judgment is DENIED.

This order terminates Docket Nos. 16 &17.

IT IS SO ORDERED.

DATED: November 29, 2006

_____
MAXINE M. CHESNEY
United States District Judge