IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALVIN T. KUTZER,

        Petitioner,

  v.

ROSANNE CAMPBELL, Warden,

        Respondent.
                                      /

No. CV-05-3212 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    **1.** The petition for a writ of habeas corpus is hereby DENIED.

    2. Petitioner's motion to file the amendment to his petition is hereby DENIED, and the amendment is hereby STRICKEN.

Dated: July 28, 2008                                      Richard W. Wieking, Clerk

                                                                          By: Tracy Lucero
                                                                          Deputy Clerk